UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

MICHAEL BOETTCHER,

    Plaintiff,

vs.                                             Case No. 08-C-00439

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.

---

ORDER FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

---

Based upon the parties' Stipulation,

IT IS HEREBY ORDERED that the parties shall have to and including September 15, 2008, in which to file dispositive motions.

Dated this   27th   day of August, 2008.

                                          BY THE COURT:

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          District Judge