UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 07-C-0868

    v.

APPROXIMATELY $26,399.00
IN UNITED STATES CURRENCY,

        Defendant.

## ORDER TO STRIKE AND ORDER FOR JUDGMENT

This case is before the Court upon Plaintiff's Motion for Default Judgment which this Court has construed as a Motion to Strike Answer and Entry of Judgment as a Sanction pursuant to Fed. R. Civ. P. 37(d). The Claimant was directed to respond and has now advised the Court that he is no longer pursuing any claim over the defendant property. Based on the foregoing,

**IT IS HEREBY ORDERED** that the answer filed by the Claimant is struck and the Plaintiff's motion for default judgment is granted. The Clerk is directed to enter judgment in favor of the Plaintiff forfeiting the defendant property to the United States of America and, further, that no right, title or interest in the defendant property shall exist in any other party. The defendant property shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

Dated at Green Bay, Wisconsin, this   7th   day of October, 2008.

                              s/ William C. Griesbach
                              WILLIAM C. GRIESBACH
                              United States District Judge

Judgment entered this ___7th___ day of October, 2008.

       JON W. SANFILIPPO
       Clerk of Court
By:
       __Mary Fisher_____
       Deputy Clerk